# United States Court of Appeals

### For the Eighth Circuit

_____

No. 25-1652

_____

Mary Link, an individual; Thomas Link, an individual

*Plaintiffs - Appellants*

v.

Jonathan Scott, Individually and as an employee of Arkansas Department of
Human Services; Alexis Lampkins, Individually and as an employee of Arkansas
Department of Human Services; Peter Ferrara, Individually and as an employee of
Arkansas Department of Human Services

*Defendants - Appellees*

inclusive 1 through 5 Does

*Defendant*

Arkansas Department of Human Services

*Defendant - Appellee*

v.

Board of Trustees of the University of Arkansas

*Respondent - Appellee*

_____

Appeal from United States District Court
for the Western District of Arkansas - Texarkana

_____

Submitted: October 17, 2025
Filed: October 22, 2025
[Unpublished]
_____

_____

Before SMITH, GRUENDER, and STRAS, Circuit Judges.

_____

PER CURIAM.

Mary and Thomas Link appeal the district court's[1] dismissal of their pro se 42 U.S.C. § 1983 action.  Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal.  See Kvalvog v. Park Christian Sch., Inc., 66 F.4th 1147, 1151-52 (8th Cir. 2023) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Susan O. Hickey, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas, now retired.